## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

| | |
|---|---|
| WUNG KIM,<br>    SSN: \*\*\*-\*\*-9392,<br>          Debtor, | ) CASE NO. 18-12160-TBM<br>)<br>) CHAPTER 7 |

WUNG KIM,
    SSN: \*\*\*-\*\*-9392,
          Debtor,                )

CREDIT UNION OF COLORADO,
          Movant,

Wung Kim and
Kevin P. Kubie, Trustee,
          Respondents.

---

## MOTION FOR RELIEF FROM STAY

---

The above-named Movant respectfully represents:

1.     Debtor filed a petition under Chapter 7 of the Bankruptcy Code on or about March 21, 2018, and an Order for Relief was entered.

2.     The Bankruptcy Court has jurisdiction over this adversary proceeding pursuant to 28 U.S.C. Section 1471 and 11 U.S.C. Section 362.

3.     Movant, Credit Union of Colorado, is the holder of a secured claim against Debtor for the sum of approximately $33,072.16. Movant has a perfected security interest in the Debtor's 2014 Acura MDX, VIN 5FRYD4H49EB036783 ("Vehicle"). A copy of the motor vehicle title reflecting Movant's lien is attached hereto as Exhibit A.

4.     Debtor's statement of intention states Debtor intends to retain the Vehicle and pay pursuant to the contract. The Vehicle is currently in Debtor's possession.

5.     Debtor is delinquent with respect to the payments due on the underlying contractual loan obligation owed to Movant and is therefore in default, with the loan due and owing for May 22, 2018. Accordingly, Movant is inadequately protected. A copy of Debtor's recent transaction history is attached hereto as Exhibit B.

6.     The outstanding principal balance of the debt secured by the loan collateral is approximately $32,758.04, and after the existing encumbrances and the estimated costs of sale Debtor is believed to have no equity in the loan collateral, based upon the approximate NADA value for the vehicle of $20,325.00. Additionally, the loan collateral is not necessary to an effective reorganization because Debtor is proceeding under Chapter 7 of the Bankruptcy Code. Furthermore, there are alternative transportation options available to Debtor that would better serve the interest of Debtor, Movant, and all other Creditors.

7.      The enforcement of Movant's secured interest has been stayed by operation of 11 U.S.C. 362 (a). However, for the foregoing reasons, Movant is entitled to relief from the automatic stay under 11 U.S.C. 362 (d)(1) and (2) so that it may exercise those rights and remedies specified in its security agreement documents and as may otherwise be provided by applicable law with respect to the Movant's collateral, and for such other and further relief as may be proper.

8.      Movant respectfully request that the court waive the requirements of F.R.B.P. 4001(a)(3) and enter an order for relief from stay that is not stayed until the expiration of 14 days after the entry of the order for relief, so that the Movant may immediately enforce its security interest in the motor vehicle referred to above upon entry of the Order for Relief.

9.      If Movant is not permitted to foreclose its security interest in said property, it will suffer irreparable injury, loss and damage.

WHEREFORE, Movant prays that upon final hearing of this Motion, the stay pursuant to 11 U.S.C. Section 362 be modified to permit it to immediately foreclose its security interest in the motor vehicle referred to above, that the requirements of F.R.B.P. 4001(a)(3) be waived and that it have such other and further relief as is just.

Respectfully submitted July 20, 2018.

Respectfully submitted,

HOLST, BOETTCHER, & TEHRANI, LLP


*/s/ Anna R. Bloomer*
Counsel to Movant
Brian J. Holst Atty. Reg. #:16901
Iman Tehrani, Atty. Reg.# 44076
Anna R. Bloomer, Atty. Reg. #50876
514 Kimbark Street; PO Box 298
Longmont, CO  80502-0298
Phone: (303) 772-6666

## VERIFICATION

STATE OF COLORADO     )
                      ) ss.
COUNTY OF BOULDER     )

      Anna R. Bloomer, having been duly sworn upon oath, states that she has read the foregoing Motion for Relief from Stay, and that the contents therein are true and correct to the best of her knowledge and belief.

                                   Anna R. Bloomer

Subscribed and sworn to before me this 25 day of July, 2018, by Anna R. Bloomer.

                                   Notary Public

**VANESSA MELENDREZ**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20184023316
My Commission Expires June 4, 2022

DO NOT ACCEPT WITHOUT VERIFYING EAGLE WATERMARK IN PAPER

STATE OF COLORADO

## CERTIFICATE OF TITLE
### ****MOTOR VEHICLE****

TITLE NUMBER
04H063449

| | | | | |
|---|---|---|---|---|
| VIN | YEAR | MAKE | MODEL | BODY |
| 5FRYD4H49EB036783 | 2014 | ACUR | | UP PAS |

ODOMETER
35037      A

ODOMETER LEGEND:
A - Actual Mileage
E - Exceeds mechanical limits
N - Not actual mileage; WARNING
     ODOMETER DISCREPANCY

MAIL TO

CWT/CAP/SIZE
CWT 42

CREDIT UNION OF COLORADO A FCU
1390 LOGAN ST
DENVER, CO 80203

PREVIOUS TITLE
04B416149

TITLE BRANDS

FUEL

EXHIBIT
A

DATE PURCHASED
10/08/2016

OWNER
KIM WUNG

DATE ACCEPTED
01/09/2017

DATE ISSUED
07/12/2018

FIRST LIENHOLDER
CREDIT UNION OF COLORADO A FCU
1390 LOGAN ST
DENVER, CO 80203-0000

FILE NUMBER
201710494

DATE FILED
11/21/2016

Signature below certifies under penalty of
perjury in the second degree the release of the
first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN
48806.52

LIEN EXTENDED TO COUNTY
EL PASO

MATURITY DATE
11/21/2026

Authorized Agent's Signature  Date

SECOND LIENHOLDER

FILE NUMBER

DATE FILED

Signature below certifies under penalty of
perjury in the second degree the release of the
first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN

LIEN EXTENDED TO COUNTY

MATURITY DATE

Authorized Agent's Signature  Date

THIRD LIENHOLDER

FILE NUMBER

DATE FILED

Signature below certifies under penalty of
perjury in the second degree the release of the
first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN

LIEN EXTENDED TO COUNTY

MATURITY DATE

Authorized Agent's Signature  Date

FOURTH LIENHOLDER

FILE NUMBER

DATE FILED

Signature below certifies under penalty of
perjury in the second degree the release of the
first lienholder's interest in the vehicle.

Lienholder's Name

AMOUNT OF LIEN

LIEN EXTENDED TO COUNTY

MATURITY DATE

Authorized Agent's Signature  Date

FORMER E TITLE

THE APPLICANT HAS BEEN DULY REGISTERED IN THIS OFFICE AS THE OWNER OF THE MOTOR VEHICLE DESCRIBED,
SUBJECT TO LIENS AND ENCUMBRANCES IN THE ORDER SHOWN.

EXECUTIVE DIRECTOR, COLORADO DEPARTMENT OF REVENUE      DATE DUPLICATE ISSUED
MICHAEL S. HARTMAN

01328113

KEEP IN SAFE PLACE - ANY ALTERATION OR ERASURE VOIDS THIS TITLE

VOID IF ALTERED

07/19/2018

**KIM,WUNG Loan 2014 ACURA MDX Transaction Summary**

| Post Date | ID | Eff Date | Transaction | Trans Amt | Balance Chg | Int/Pnlty | Fees | New Balance | Description | Prev Available |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/24/2018 | | 05/24/2018 | Draft Payment | 581.03 | -247.58 | 333.45 | 0.00 | 32,758.04 | Loan Mail Pmt | 0.00 |
| 03/26/2018 | | 03/26/2018 | Check | 581.03 | -477.83 | 103.20 | 0.00 | 33,005.62 | Loan Mail Pmt | 0.00 |
| 03/08/2018 | | 03/08/2018 | Draft Payment | 581.03 | -490.40 | 75.63 | 15.00 | 33,483.45 | Loan Mail Pmt | 0.00 |
| | | | Check | 581.03 | | | | | | 0.00 |
| 02/23/2018 | | 02/23/2018 | Draft Payment | 581.03 | -377.80 | 188.23 | 15.00 | 33,973.85 | Loan Mail Pmt | 0.00 |
| | | | Check | 581.03 | | | | | | 0.00 |
| 01/22/2018 | | 01/22/2018 | Draft Payment | 581.03 | -375.74 | 190.29 | 15.00 | 34,351.65 | Loan Mail Pmt | 0.00 |
| | | | PMT | | | | | | | 0.00 |
| 12/21/2017 | | 12/21/2017 | Payment | 581.03 | -379.67 | 186.36 | 15.00 | 34,727.39 | | 0.00 |
| | | | PMT | | | | | | | 0.00 |
| 11/20/2017 | | 11/20/2017 | Payment | 581.03 | -371.63 | 194.40 | 15.00 | 35,107.06 | | 0.00 |
| | | | Check | 581.03 | | | | | | 0.00 |
| 10/19/2017 | | 10/19/2017 | Draft Payment | 581.03 | -253.98 | 312.05 | 15.00 | 35,478.69 | Loan Mail Pmt | 0.00 |
| 08/29/2017 | | 08/29/2017 | Draft Payment | 581.03 | -407.75 | 173.28 | 0.00 | 35,732.67 | Loan Mail Pmt | 0.00 |
| | | | Check | | | | | | | 0.00 |
| 08/01/2017 | | 08/01/2017 | Draft Payment | 581.03 | -499.47 | 81.56 | 0.00 | 36,140.42 | Loan Mail Pmt | 0.00 |
| | | | Check | | | | | | | 0.00 |
| 07/19/2017 | | 07/19/2017 | Draft Payment | 581.03 | -388.50 | 177.53 | 15.00 | 36,639.89 | Loan Mail Pmt | 0.00 |
| | | | Check | | | | | | | 0.00 |
| 06/21/2017 | | 06/21/2017 | Draft Payment | 581.03 | -348.43 | 217.60 | 15.00 | 37,028.39 | Loan Mail Pmt | 0.00 |
| | | | Check | | | | | | | 0.00 |
| 05/18/2017 | | 05/18/2017 | Draft Payment | 581.03 | -391.42 | 174.61 | 15.00 | 37,376.82 | Loan Mail Pmt | 0.00 |
| | | | PMT | | | | | | | 0.00 |
| 04/21/2017 | | 04/21/2017 | Payment | 581.03 | -337.66 | 228.37 | 15.00 | 37,768.24 | | 0.00 |
| | | | PMT | | | | | | | |
| | | | %% PartialPmt | 0.00 to 15.00 | | | | | | | |
| 03/17/2017 | | 03/17/2017 | Payment | 596.03 | -389.87 | 191.16 | 15.00 | 38,105.90 | | 0.00 |
| | | | Mail Deposit | | | | | | | |
| | | | Check Received | 581.03 | | | | | | |
| 02/16/2017 | | 02/16/2017 | Check Paym... | 581.03 | -288.82 | 292.21 | 0.00 | 38,495.77 | | 0.00 |
| | | | Check | | | | | | | 0.00 |
| 01/03/2017 | | 01/03/2017 | Draft Payment | 581.03 | -338.26 | 227.77 | 15.00 | 38,784.59 | Loan Mail Pmt | 0.00 |
| | | | PMNT | | | | | | | |
| 11/30/2016 | | 11/30/2016 | Payment | 581.03 | -223.94 | 357.09 | 0.00 | 39,122.85 | | 0.00 |
| 10/25/2016 | | 10/25/2016 | New Loan | 39,346.79 | 39,346.79 | 0.00 | 0.00 | 39,346.79 | | 0.00 |



EXHIBIT
B
tabbies

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

| | |
|---|---|
| WUNG KIM, | ) CASE NO. 18-12160-TBM |
| SSN: ***-**-9392, | ) |
| Debtor, | ) CHAPTER 7 |
| | ) |
| CREDIT UNION OF COLORADO, | ) |
| Movant, | ) |
| | ) |
| Wung Kim and | ) |
| Kevin P. Kubie, Trustee, | ) |
| Respondents. | ) |

---

## NOTICE OF MOTION FOR RELIEF FROM STAY
## AND OPPORTUNITY FOR HEARING PURSUANT TO 11 U.S.C. § 362(d)

---

### OBJECTION DEADLINE: <u>August 9, 2018.</u>

YOU ARE HEREBY NOTIFIED that a Motion for Relief from Stay has been filed, a copy of which is attached hereto.

A hearing on the motion has been set for **Thursday, August 16, 2018** at **9:00 AM** at the U.S. Bankruptcy Court, 721 19th Street, Courtroom **(E)**, Denver, Colorado 80202.  The hearing will be conducted in accordance with the provisions of L.B.R. 4001-1.

IF YOU DESIRE TO OPPOSE THIS MOTION, you must file with this court a WRITTEN OBJECTION to the motion on or before the objection deadline stated above and serve a copy upon movant's attorney, whose address is listed below.

If you file an objection, you are REQUIRED to comply with L.B.R. 4001-1 regarding hearing procedures, including (1) the timely submission and exchange of witness lists and exhibits and (2) attendance at the above-scheduled hearing in person or through counsel, if represented.

**IF YOU FAIL TO FILE AN OBJECTION,** the scheduled hearing will be **vacated,** and an order granting the relief requested may be granted without further notice to you.

<table>
<tr>
<td> July 20, 2018 <br> Date of Issuance </td>
<td> By: <em>Anna R. Bloomer</em> <br> Counsel to Movant <br> Anna R. Bloomer, No. 50876 <br> 514 Kimbark Street, PO Box 298 <br> Longmont, CO  80501 <br> P: 303-772-6666 </td>
</tr>
</table>

In re:

Wung Kim,                                          CASE NO. 18-18-12160-TBM
      Debtor.                                    CHAPTER 7

## <u>CERTIFICATION OF SERVICE</u>

     The undersigned does hereby certify that on July 20, 2018, the foregoing Motion for Relief From Stay, Notice of Hearing or Preliminary Hearing, and Affidavit of Military Service was placed in the US Mail with postage prepaid, addressed to:

Wung Kim
4283 Addax Ct
Colorado Springs, CO 80922

Brett Chalmers
414 South Tejon Street
Colorado Springs, CO 80903

Kevin P. Kubie
PO Box 8928
Pueblo, CO 81008

**U.S. Trustee – via ECF**

                              */s/ Anna R. Bloomer*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLORADO

In re:

| | |
|---|---|
| WUNG KIM, | ) CASE NO. 18-12160-TBM |
| SSN: ***-**-9392, | ) |
| Debtor, | ) CHAPTER 7 |
| | ) |
| CREDIT UNION OF COLORADO, | ) |
| Movant, | ) |
| | ) |
| Wung Kim and | ) |
| Kevin P. Kubie, Trustee, | ) |
| Respondents. | ) |

## AFFIDAVIT OF MILITARY SERVICE

COMES NOW, Anna R. Bloomer, as Counsel for Movant, and in accordance with the Servicemembers Civil Relief Act (SCRA), 50 App. USC §501 et seq., hereby certifies, pursuant to §501(b)(1) and (4) that Debtor in the above-referenced matter is not entitled to the protection afforded under the SCRA. At the time of filing this motion, Debtor is not a person in the military service as that is defined in 50 USC § 511. In support of this affidavit, it is stated that:

_X_   A request for the military status of the above-named Debtor by the undersigned from the Department of Defense Manpower Data Center indicated that Debtor is not currently on active duty.

DATED: July 20, 2018          Respectfully submitted,

HOLST, BOETTCHER & TEHRANI, LLP

*/s/ Anna R. Bloomer*
Counsel to Movant
Anna R. Bloomer, No. 50876
514 Kimbark Street; PO Box 298
Longmont, CO 80502-0298
Phone: (303) 772-6666

## VERIFICATION

STATE OF COLORADO    )
                             ) ss.

COUNTY OF BOULDER    )

      The undersigned hereby declares under penalty of perjury that the facts used in support of this Affidavit of Military Service are true and correct to the best of her knowledge and belief.

Anna R. Bloomer

Subscribed and sworn to before me this _____ day of July, 2018, by Anna R. Bloomer.

Notary Public

**VANESSA MELENDREZ**
**NOTARY PUBLIC**
**STATE OF COLORADO**
NOTARY ID 20184023316
My Commission Expires June 4, 2022